**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-6601**

---

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

        v.

JERRY G. OLIVER,

                    Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:09-cr-00036-RAJ-FBS-1)

---

Submitted:  June 14, 2012              Decided:  June 20, 2012

---

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jerry G. Oliver, Appellant Pro Se.  Cameron Rountree, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry G. Oliver appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Oliver</u>, No. 2:09-cr-00036-RAJ-FBS-1 (E.D. Va. Feb. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>